UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA A. BOCELLE,<br><br>Defendant. | CASE NO. CR22-127 JLR<br><br>DETENTION ORDER |

OFFENSES CHARGED

Count 1 – Conspiracy to Distribute Controlled Substances, including methamphetamine, heroin and fentanyl.

Count 2 – Possession of a Controlled Substance with Intent to Distribute, including methamphetamine and fentanyl.

Date of Detention Hearing:   December 7, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

DETENTION ORDER
PAGE -1

based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community and defendant's appearances as required in this case.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant and her counsel have stipulated to detention in this case.

(2) The nature of the drug charges in this case, and the fact that the Grand Jury has returned an indictment on those charges, give rise to a rebuttable presumption of detention. Defendant and her counsel have offered nothing to rebut the presumption.

(3) Defendant's criminal record reflects a history of failures to appear, resulting in the issuance of warrants; homelessness; criminal activity while under terms of supervision and warrants for supervision violations.

(4) Upon advice from her counsel, defendant declined to be interviewed by this court's pretrial services officer,

It is therefore ORDERED:

1, Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3, On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of December, 2022.

_____
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3