The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-127JLR |
| Plaintiff, | |
| v. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| ERIKA A. BOCELLE, | |
| Defendant. | |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, hereby accepts the plea of guilty of the defendant to the charge contained in Count 1 of the Indictment, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 6th day of June, 2023.

*[signature]*

UNITED STATES DISTRICT JUDGE

Acceptance of Plea of Guilty- 1
*United States v. Bocelle,* CR22-127JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970