Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIKA BOCELLE,<br><br>　　　　　　Defendant. | NO. 2:22CR00127JLR-003<br><br>**ORDER TO SEAL** |

Having read the Defendant's Motion to Seal (Unopposed) and due to the sensitive information contained therein, it is hereby ORDERED that the Addendum to the Defense Sentencing Memorandum and Exhibits 1-4 thereto, shall remain sealed.

DATED this __9th__ day of August, 2024.

_____
Honorable James L. Robart
United States District Judge

Presented by:

_s/ Zachary W. Jarvis_
Zachary W. Jarvis
Attorney for Defendant

*Order to Seal*
*United States v. Erika Bocelle,* 2:22CR00127JLR-003

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474